UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| MOCHE' ISMA EL, | ) | |
| | ) | CIVIL ACTION NO. 5:12-182 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | **OPINION AND ORDER** |
| COMMONWEALTH OF KENTUCKY | ) | |
| COURT OF JUSTICE, | ) | |
| | ) | |
| Defendant | ) | |

\* \* \* \* \* \* \* \* \*

This matter is before the Court on the Recommended Disposition filed by the Magistrate Judge (DE 6) which recommends that the Court dismiss this matter without prejudice. The Plaintiff has filed no objections to the recommendation. Further, the Court has reviewed the recommendation and agrees with its analysis. Accordingly, the Court hereby ADOPTS the Recommended Disposition as the Court's opinion and ORDERS that this matter be DISMISSED without prejudice.

Dated this 14th day of November, 2012.



Signed By:
*Karen K. Caldwell* KKC
United States District Judge